**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: SEESTADT, CARL J.         §   Case No. 12-49761
      SEESTADT, LORNA A.         §
                                 §
                                 §
      Debtor(s)

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

      Richard M. Fogel, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

      1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

      2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $258,857.00 | Assets Exempt: | $54,000.00 |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $61,484.47 | Claims Discharged Without Payment: | $124,442.99 |
| Total Expenses of Administration: | $56,741.53 | | |

      3) Total gross receipts of $135,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $16,774.00 (see **Exhibit 2**), yielded net receipts of $118,226.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR ( 10 /1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $516,794.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $56,741.53 | $56,741.53 | $56,741.53 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $53,126.09 | $136,028.45 | $136,028.45 | $61,484.47 |
| **TOTAL DISBURSEMENTS** | $569,920.09 | $192,769.98 | $192,769.98 | $118,226.00 |

4) This case was originally filed under chapter 7 on 12/20/2012.  The case was pending for 61 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:     02/05/2018          By: /s/ Richard M. Fogel
                                        Trustee

**STATEMENT** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR ( 10 /1/2010)

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| LITIGATION | 1242-000 | $135,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$135,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Carl J. Seestadt | Debtor's personal injury and personal property exemption claims per o/c 10-5-17 | 8100-002 | $16,774.00 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$16,774.00** |

### EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| N/F | Chase | 4110-000 | $427,719.00 | NA | NA | NA |
| N/F | Codilis and Assoc. | 4110-000 | $0.00 | NA | NA | NA |
| N/F | Harris N.a. Bmo-Harris Bank | 4110-000 | $49,075.00 | NA | NA | NA |
| N/F | Peter Zieba | 4110-000 | $40,000.00 | NA | NA | NA |
| | **TOTAL SECURED** | | **$516,794.00** | **$0.00** | **$0.00** | **$0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - Richard M. Fogel | 2100-000 | NA | $9,161.30 | $9,161.30 | $9,161.30 |
| Trustee, Expenses - Richard M. Fogel | 2200-000 | NA | $9.26 | $9.26 | $9.26 |
| Banking and Technology Service Fee - Rabobank, N.A. | 2600-000 | NA | $32.97 | $32.97 | $32.97 |
| Special Counsel for Trustee Fees - Lyndsay A. Markley | 3210-600 | NA | $44,995.50 | $44,995.50 | $44,995.50 |
| Special Counsel for Trustee Expenses - Lyndsay A. Markley | 3220-610 | NA | $2,542.50 | $2,542.50 | $2,542.50 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$56,741.53** | **$56,741.53** | **$56,741.53** |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | First American Bank | 7100-000 | $0.00 | $133,158.61 | $133,158.61 | $60,187.31 |
| 2 | T Mobile/T-Mobile USA Inc by American InfoSource LP as agent | 7100-000 | $1,214.08 | $741.20 | $741.20 | $335.02 |
| 3 | Midland Funding, LLC Midland Credit Management, Inc. as agent for Midland Funding, LLC | 7100-000 | $1,090.05 | $1,090.05 | $1,090.05 | $492.70 |
| 4 | Midland Funding, LLC Midland Credit Management, Inc. as agent for Midland Funding, LLC | 7100-000 | $922.95 | $1,038.59 | $1,038.59 | $469.44 |
| N/F | Amr Eagle Bk | 7100-000 | $12,472.89 | NA | NA | NA |
| N/F | Appellas LLC / ADT | 7100-000 | $439.69 | NA | NA | NA |
| N/F | Blatt Hasenmiller Leibsker & Moore | 7100-000 | NA | NA | NA | NA |
| N/F | Capital One Bank NA c/o Capital One Financial Corp. | 7100-000 | NA | NA | NA | NA |
| N/F | Cfc Deficiency Recover | 7100-000 | $10,023.00 | NA | NA | NA |
| N/F | Chase Bank | 7100-000 | $3,003.69 | NA | NA | NA |
| N/F | Chase Bank | 7100-000 | NA | NA | NA | NA |
| N/F | Chrysler Financial | 7100-000 | NA | NA | NA | NA |
| N/F | Citibank Usa Citicorp Credit Services | 7100-000 | $3,745.00 | NA | NA | NA |
| N/F | Credit Systems Intl In | 7100-000 | $48.00 | NA | NA | NA |

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | Edfl Svcs/idapp | 7100-000 | $766.00 | NA | NA | NA |
| N/F | First Usa,na | 7100-000 | $1,393.00 | NA | NA | NA |
| N/F | Grant & Weber | 7100-000 | $467.00 | NA | NA | NA |
| N/F | Green Mountain Energy | 7100-000 | NA | NA | NA | NA |
| N/F | Home Depot Credit / Citibank | 7100-000 | $4,714.46 | NA | NA | NA |
| N/F | Illinois Collection Se | 7100-000 | $524.00 | NA | NA | NA |
| N/F | Illinois Tollway | 7100-000 | $566.44 | NA | NA | NA |
| N/F | Lakeview Women's Health | 7100-000 | $589.44 | NA | NA | NA |
| N/F | Michael D. Fine Attorney At Law | 7100-000 | NA | NA | NA | NA |
| N/F | Midland Funding | 7100-000 | $1,090.00 | NA | NA | NA |
| N/F | Northwest Collectors | 7100-000 | $200.00 | NA | NA | NA |
| N/F | Resurgent Capital Services LLC | 7100-000 | $7,635.35 | NA | NA | NA |
| N/F | Resurrection Health Care St Francis Hospital in Evanston | 7100-000 | NA | NA | NA | NA |
| N/F | Resurrection Health Care West Suburban Medical Center | 7100-000 | NA | NA | NA | NA |
| N/F | Resurrection Medical Center | 7100-000 | $1,472.05 | NA | NA | NA |
| N/F | Rmc Emergency Physicians Resurrection Medical Center | 7100-000 | $549.00 | NA | NA | NA |
| N/F | Rosemont Village Hall | 7100-000 | $200.00 | NA | NA | NA |
| N/F | Rosemont Village Hall | 7100-000 | NA | NA | NA | NA |

**UST Form 101-7-TDR ( 10 /1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | Verizon Verizon Wireless Dept / Attn: Bk | 7100-000 | NA | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$53,126.09** | **$136,028.45** | **$136,028.45** | **$61,484.47** |

**UST Form 101-7-TDR ( 10 /1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 1

**Case No.:** 12-49761  
**Case Name:** SEESTADT, CARL J.  
SEESTADT, LORNA A.  
**For Period Ending:** 02/05/2018

**Trustee Name:** (330720) Richard M. Fogel  
**Date Filed (f) or Converted (c):** 12/20/2012 (f)  
**§ 341(a) Meeting Date:** 02/12/2013  
**Claims Bar Date:** 09/07/2017

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1* | REAL PROPERTY<br>No equity to administer (See Footnote) | 251,631.00 | 0.00 | | 0.00 | FA |
| 2 | CASH ON HAND<br>No equity to administer | 100.00 | 0.00 | | 0.00 | FA |
| 3 | BANK ACCOUNTS<br>No equity to administer | 500.00 | 0.00 | | 0.00 | FA |
| 4 | BANK ACCOUNTS<br>No equity to administer | 2,000.00 | 0.00 | | 0.00 | FA |
| 5 | HOUSEHOLD GOODS AND FURNISHING<br>No equity to administer | 2,000.00 | 0.00 | | 0.00 | FA |
| 6 | BOOKS AND ART OBJECTS<br>No equity to administer | 500.00 | 0.00 | | 0.00 | FA |
| 7 | WEARING APPAREL<br>No equity to administer | 500.00 | 0.00 | | 0.00 | FA |
| 8 | FURS AND JEWELRY<br>No equity to administer | 125.00 | 0.00 | | 0.00 | FA |
| 9 | INTERESTS IN INSURANCE POLICIES<br>No equity to administer | 0.00 | 0.00 | | 0.00 | FA |
| 10 | STOCK AND BUSINESS INTERESTS<br>No equity to administer | 1.00 | 0.00 | | 0.00 | FA |
| 11 | TAX REFUNDS<br>No equity to administer | 1,500.00 | 0.00 | | 0.00 | FA |
| 12 | LITIGATION (u)<br>Debtors amended schedules on 7/28/17 to disclose pre-petition injury claim. Claim settled per o/c 10/5/17. | 135,000.00 | 118,226.00 | | 135,000.00 | FA |
| **12** | **Assets Totals (Excluding unknown values)** | **$393,857.00** | **$118,226.00** | | **$135,000.00** | **$0.00** |

RE PROP# 1    Automatic stay modified 2/13/13

**Major Activities Affecting Case Closing:**

**Current Projected Date Of Final Report (TFR):** 12/07/2017 (Actual)    **Initial Projected Date Of Final Report (TFR):** 06/30/2018

UST Form 101-7-TDR ( 10 /1/2010)

**Form 2**

Exhibit 9

Page: 1

## Cash Receipts And Disbursements Record

| Case No.: | 12-49761 | Trustee Name: | Richard M. Fogel (330720) |
|---|---|---|---|
| Case Name: | SEESTADT, CARL J. SEESTADT, LORNA A. | Bank Name: | Rabobank, N.A. |
| | | Account #: | ******8100 Checking |
| Taxpayer ID #: | **-***3915 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 02/05/2018 | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 10/23/17 | {12} | Gallagher Bassett Services fbo Roman Catholic Diosese of Joliet | Settlement proceeds per o/c 10-5-17 | 1242-000 | 135,000.00 | | 135,000.00 |
| 10/26/17 | 101 | Lyndsay A. Markley | Special counsel fees, per o/c 10-5-17 | 3210-600 | | 44,995.50 | 90,004.50 |
| 10/26/17 | 102 | Lyndsay A. Markley | Special counsel expenses, per o/c 10-5-17 | 3220-610 | | 2,542.50 | 87,462.00 |
| 10/26/17 | 103 | Carl J. Seestadt | Debtor's personal injury and personal property exemption claims per o/c 10-5-17 | 8100-002 | | 16,774.00 | 70,688.00 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 32.97 | 70,655.03 |
| 01/10/18 | 104 | Richard M. Fogel | Distribution payment - Dividend paid at 100.00% of $9,161.30; Claim # FEE; Filed: $9,161.30 | 2100-000 | | 9,161.30 | 61,493.73 |
| 01/10/18 | 105 | Richard M. Fogel | Distribution payment - Dividend paid at 100.00% of $9.26; Claim # TE; Filed: $9.26 | 2200-000 | | 9.26 | 61,484.47 |
| 01/10/18 | 106 | First American Bank | Distribution payment - Dividend paid at 45.20% of $133,158.61; Claim # 1; Filed: $133,158.61 | 7100-000 | | 60,187.31 | 1,297.16 |
| 01/10/18 | 107 | T Mobile/T-Mobile USA Inc by American InfoSource LP as agent | Distribution payment - Dividend paid at 45.20% of $741.20; Claim # 2; Filed: $741.20 | 7100-000 | | 335.02 | 962.14 |
| 01/10/18 | 108 | Midland Funding, LLC Midland Credit Management, Inc. as agent for Midland Funding, LLC | Distribution payment - Dividend paid at 45.20% of $1,090.05; Claim # 3; Filed: $1,090.05 | 7100-000 | | 492.70 | 469.44 |
| 01/10/18 | 109 | Midland Funding, LLC Midland Credit Management, Inc. as agent for Midland Funding, LLC | Distribution payment - Dividend paid at 45.20% of $1,038.59; Claim # 4; Filed: $1,038.59 | 7100-000 | | 469.44 | 0.00 |
| | | **COLUMN TOTALS** | | | 135,000.00 | 135,000.00 | $0.00 |
| | | Less: Bank Transfers/CDs | | | 0.00 | 0.00 | |
| | | **Subtotal** | | | 135,000.00 | 135,000.00 | |
| | | Less: Payments to Debtors | | | | 16,774.00 | |
| | | **NET Receipts / Disbursements** | | | **$135,000.00** | **$118,226.00** | |

*{ } Asset Reference(s)*    **UST Form 101-7-TDR ( 10 /1/2010)**    *! - transaction has not been cleared*

**Form 2**

Exhibit 9

Page: 2

# Cash Receipts And Disbursements Record

| | | | | |
|---|---|---|---|---|
| **Case No.:** | 12-49761 | **Trustee Name:** | Richard M. Fogel (330720) | |
| **Case Name:** | SEESTADT, CARL J.<br>SEESTADT, LORNA A. | **Bank Name:** | Rabobank, N.A. | |
| **Taxpayer ID #:** | **-***3915 | **Account #:** | ******8100 Checking | |
| **For Period Ending:** | 02/05/2018 | **Blanket Bond (per case limit):** | $5,000,000.00 | |
| | | **Separate Bond (if applicable):** | N/A | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******8100 Checking | $135,000.00 | $118,226.00 | $0.00 |
| | $135,000.00 | $118,226.00 | $0.00 |

**UST Form 101-7-TDR (10 /1/2010)**